IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>Fahima Egeh Mahamud,<br><br>      Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE: JOHN F. DOCHERTY<br>U.S. Magistrate Judge<br><br>Case No:   26-mj-168 DTS<br>Date:   February 19, 2026<br>Court Reporter:   Erin Drost<br>Courthouse:   St. Paul<br>Courtroom:   6A<br>Time Commenced:   10:22 a.m.<br>Time Concluded:   10:40 a.m.<br>Time in Court:   20 minutes |

    X **PRELIMINARY HEARING**      X **DETENTION HEARING**

Time in Court Prelim/Detention: 2 minutes/16 minutes

APPEARANCES:

  Plaintiff: Matthew Murphy, Assistant U.S. Attorney
  Defendant: Debra Hilstrom
        X Retained

On    X Complaint

X Defendant waives the right to the preliminary hearing.
X Probable cause found. Defendant bound over to District Court of Minnesota.

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

Additional Information:
X Interpreter/Language: Ayderus Ali/Somali. The interpreter was present in a standby capacity.

                                            *s/nah*
                                  Signature of Courtroom Deputy